# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JAMEL MIMS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-1567-S-BN |
| | § | |
| CAPITAL ONE AUTO FINANCE and | § | |
| LONE STAR CADILLAC | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 22, 2024.

_____
**UNITED STATES DISTRICT JUDGE**